WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
DARCI N. WARD, IDAHO STATE BAR NO. 8852
SPECIAL ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-9375

U.S. COURTS

DEC 0 9 2014

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SILVIA GONZALEZ-GONZALEZ,<br><br>Defendant. | Case No. CR 14-0266-S BLW<br><br>**INDICTMENT**<br><br>18 U.S.C § 641 |

The Grand Jury charges:

### COUNT ONE

**Theft of Government Funds**
**18 U.S.C. § 641**

Beginning in or about November 2011, and continuing through August 2014, in the District of Idaho, the defendant SILVIA GONZALEZ-GONZALEZ, defendant herein, did knowingly and willfully steal and convert to her own use and convert to the use of another money of the Social Security Administration, a department and agency of the United States, that

**INDICTMENT - 1**

is, Social Security benefit payments in the approximate amount of $11,385.42, to which she knew she was not entitled.

In violation of Title 18, United States Code, Section 641.

Dated this 9th day of December, 2014.

A TRUE BILL

/s/ [signature on reverse]

FOREPERSON

WENDY J. OLSON  
UNITED STATES ATTORNEY  
By:

[signature]  
DARCI N. WARD  
SPECIAL ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT - 2**